UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                Plaintiff,

      -against-

JOHN DOE, THEE UNITED STATES, FBI,
CIA,,

                Defendants.

26 CIVIL 00410 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

      SO ORDERED.

Dated:    April 8, 2026

        New York, New York

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
              Chief United States District Judge